

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00212-CV
_____

TEXAS MEDICAL BOARD, APPELLANT

V.

COURTNEY R. MORGAN, M.D., APPELLEE

On Appeal from the 98th District Court
Travis County, Texas
Trial Court No. D-1-GN-17-002301, Honorable Maya Guerra Gamble, Presiding

July 15, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pending before this court is the *Joint Motion to Dismiss Appeal* filed by appellant, Texas Medical Board, and appellee, Courtney R. Morgan, M.D. Without passing on the merits of the appeal, we grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam